March 8, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

CHARLES ANTHONY ALLEN, Appellant

NO. 14-11-00100-CV                 V.

JOHN GIDDENS AND BETTY WILLIAMS, Appellees

_____

This cause, an appeal from the judgment in favor of appellees JOHN GIDDENS AND BETTY WILLIAMS, signed November 24, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order this decision certified below for observance.